**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Monica Y. Hernandez (SBN: 302509)
monica.hernandez@nelsonmullins.com
Mikaela M. Jackson (SBN: 328513)
mikaela.jackson@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Telephone:  619.489.6110
Facsimile:   619.821.2834

Attorneys for Defendant
OTAY LAKES BREWERY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RENN, on behalf of himself, all others similarly situated, and the general public,<br><br>                                   Plaintiff,<br><br>        vs.<br><br>OTAY LAKES BREWERY, LLC,<br><br>                                   Defendant. | Case No. 3:23-CV-01139-GPC-BLM<br><br>District: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Barbara Lynn Major<br><br>**DEFENDANT OTAY LAKES BREWERY, LLC'S NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>Date: September 22, 2023<br>Time: 1:30 p.m.<br>Dept: 2D<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Trial Date:       Not yet set<br>Action Filed:   June 20, 2023 |

1
DEFENDANT OTAY LAKES BREWERY, LLC'S NOTICE OF MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 2D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Defendant Otay Lakes Brewery, LLC ("Defendant") will and hereby does move to the Court for an order dismissing the Complaint filed by Plaintiff Albert Renn ("Plaintiff").

This motion is made pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6) for the following reasons:

1. The statements challenged in the Complaint are not quantifiable, but rather constitute generalized, vague, and unspecific assertions, and thus, are non-actionable puffery as a matter of law, and cannot give rise to a cause of action. Specifically, the following statements are non-actionable: (a) "Some things in life are good for you, other things in life are fun. They don't meet each other very often, but when they do, life gets pretty brilliant, pretty quickly," and (b) "Nova Easy Kombucha is one of those rare things where health, balance and goodness get a lot more interesting" (the "Challenged Statements").

2. Plaintiff fails to plausibly allege that a reasonable consumer would be misled by the Challenged Statements or purported omission of warnings about the potential harms of alcohol consumption, and thus, Plaintiff's UCL, FAL, and CLRA claims fail as a matter of law.

3. Plaintiff lacks standing to pursue his UCL, FAL, and CLRA claims for products he did not purchase.

4. As with his UCL, FAL, and CLRA claims, Plaintiff's Intentional Misrepresentation and Negligent Misrepresentation similarly fail, as they are based on the same underlying theory as his UCL, FAL, and CLRA claims.

5. Plaintiff fails to plead his claims against Defendant with particularity, as required by Federal Rule of Civil Procedure 9(b). Plaintiff does not allege with any

///

particularity as to whether he ever purchased any of the Products, and if so, which Products.

6. Plaintiff's implied warranty of merchantability claim fails for an additional, independent reason because the Complaint lacks factual allegations that the products were not fit for their ordinary purpose.

7. Unjust enrichment is not a cognizable claim under California law. Further, Plaintiff fails to plead sufficient facts to establish a claim for restitution.

8. Plaintiff lacks Article III standing to seek injunctive relief as he does not and cannot plausibly allege a threat of future injury. Thus, the Court lacks subject matter jurisdiction to decide Plaintiff's injunctive relief claim.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, Declaration of Tiago de Pedras Carneiro, Request for Judicial Notice, all pleadings and documents on file in this action, and on such other written or oral argument as may be presented to the Court.

Defendant's counsel Mikaela M. Jackson contributed significantly to this motion. Ms. Jackson has less than five years of experience after becoming a member of the California bar. Defendant respectfully requests that the Court permit Ms. Jackson to argue the oral argument for this motion.

Dated: July 14, 2023        Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *s/ Monica Y. Hernandez*
Monica Y. Hernandez
Mikaela M. Jackson
Attorneys for Defendant
OTAY LAKES BREWERY, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 14, 2023, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

FITZGERALD JOSEPH LLP　　　　　　　**ATTORNEYS FOR PLAINTIFF**
Jack Fitzgerald
Paul K. Joseph
Melanie Persinger
Trevor M. Flynn
Caroline S. Emhardt
2341 Jefferson Street, Suite 200
San Diego, California 92110
Tel.: 619-215-1741
Email: jack@fitzgeraldjoseph.com; paul@fitzgeraldjoseph.com; melanie@fitzgeraldjoseph.com; trevor@fitzgeraldjoseph.com; caroline@fitzgeraldjoseph.com

　　　　　　　　　　　　　　*s/ Monica Y. Hernandez*
　　　　　　　　　　　　　　　Monica Y. Hernandez

4
CERTIFICATE OF SERVICE